| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Matthew Roth<br>Special Agent: Kara Klupacs | Telephone: (313) 226-9186<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Dorian Bridges

Case No. 25-mj-30249

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Illegal Possession of a Machine gun |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kara Klupacs, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 22, 2025__

_Judge's signature_

City and state: __Detroit, MI__     Anthony P. Patti    United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and crimes committed by criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Dorian BRIDGES, for violations of 18 U.S.C. § 922(o) (Illegal Possession of a Machinegun).

## II. PROBABLE CAUSE

4. On March 27, 2025, at approximately 2:34 a.m., Detroit Police Department 9th Precinct Officers responded to a report of shots fired into an occupied dwelling at 1XXX7 Courville, Detroit. Officers collected spent 9mm casings and surveillance footage provided by the victims of the residence. The footage showed three suspects move to the backyard of the residence. They shot at the back windows, primarily at the rear south-west bedroom. The suspects then fled from the location. Officers observed one of the suspects, armed with a pistol with an extended magazine, wearing a red hooded sweatshirt with small white lettering in the upper left chest area, dark blue jeans, brown boots, and a black ski mask (See Image 1 below).

Image 1



5.      After the shooting, law enforcement reviewed publicly accessible social media postings made by the Instagram account with the username "tuff.doedoe". As discussed below, this account is utilized by Dorian BRIDGES. On the same day as the shooting, BRIDGES posted an image of an individual wearing a red shirt and a suspected black ski mask. The same individual was also holding a Glock pistol. The pistol had an after-market slide and a barrel bearing a serial number, engraved on the chamber, starting with WCG. The rest of the serial number was covered with a chain depicting an individual standing next to a headstone (see Images 2 and 3 below (partial engraved serial number circled in yellow)).

3

Image 2                                    Image 3

   

6.      An additional image posted the same day depicted an individual (suspected to be BRIDGES) with money fanned in front of his face. He wore a red hooded sweatshirt, red pants, brown boots, and a black ski mask. BRIDGES has the grip of a pistol and an extended magazine sticking out from his waistband (see Image 4 below).

Image 4



4

7. One week later, on April 3, 2025, at approximately 10:55 a.m., DPD officers executed a traffic stop for excessively tinted windows on a black Ford Fusion, in the area of Iowa and Carrie, bearing Michigan license plate Exxxx01. Officers spoke with the driver, who was later identified as BRIDGES. Officers requested and received consent to search the vehicle. A live 9mm round of ammunition was found in the trunk. BRIDGES was released with a warning.

8. At approximately 2:05 p.m., DPD officers established surveillance in the area of xx5 Arcola, unit 10, in Inkster. Directly in front of the door marked for unit 10, Officers observed the black Ford Fusion, bearing Michigan license plate Exxxx01. Officers also observed BRIDGES exit and enter the door marked for unit 10. No other individuals were observed with BRIDGES during the surveillance. The Inkster Police Department had previously interacted with BRIDGES and confirmed BRIDGES was in unit 10.

9. At approximately 4:32 p.m., DPD officers executed a state search warrant at xx5 Arcola, unit 10. An officer standing in the rear of the location observed a pistol loaded with an extended magazine thrown from an open window. Unit 10 was the only apartment unit to have an open window or windows on the rear side of the building in that area. The firearm was identified as a Glock model 19, 9mm caliber pistol bearing serial number WCG811. Affixed to the Glock was a machine gun conversion device (MCD). The firearm also had an after-market barrel,

5

with no serial number on the chamber. In my training and experience, as well as from conversations with ATF Special Agent Kenton Weston who has taken a specialized course in privately made firearms (PMFs), I am aware that Glock type pistols are easily customizable due to surplus of commercial parts and ease of assembly.

10. DPD officers confirmed that BRIDGES was the sole occupant of unit 10. BRIDGES was arrested, in part, for his involvement in the 1XXX7 Courville shooting into an occupied dwelling on March 27, 2025.

11. On April 4, 2025, I field tested the recovered Glock 19 and observed it functioned like a machinegun. The firearm has a Glock factory manufactured slide and frame bearing serial number WCG811. The barrel, however, was an after-market part bearing no serial number typically found on a Glock factory manufactured barrel. I provided an image of the MCD to ATF Special Agent Kenton Weston. In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms ("PMF") and machinegun conversion devices ("MCD"). Special Agent Weston has provided instruction to DPD officers, ATF Special Agents, sheriff deputies, state troopers, and Task Force officers on the identification of PMFs and MCDs. Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the image, Special Agent Weston confirmed that the device depicted was a

6

machinegun conversion device (MCD).

12. At approximately 6:34 p.m., Detroit Police Detective Wischnewski and I interviewed BRIDGES at the DDC. Detective Wischnewski advised BRIDGES of his *Miranda* rights. BRIDGES waived his rights and agreed to answer questions. During the interview, BRIDGES made the following statements:

    a. He had heard of Glock switches and had read about them in posts made by "Crime in the D," however BRIDGES claimed he did not know what they did.

    b. He confirmed that the "tuff.doedoe" Instagram account was his, and that the chain observed in the images depicted above belonged to him.

    c. BRIDGES confirmed he possessed the firearm depicted in Image 2 above, but only to take a photo. BRIDGES advised that the firearm did not have an attached Glock switch when he took the picture.

    d. BRIDGES denied throwing the firearm out the window during the search warrant.

13. During the review of the "tuff.doedoe" Instagram account, BRIDGES referred to "buttons" and "switches," common terms used to refer to MCDs, specifically Glock switches.

14. I reviewed a series of Instagram group chat messages, dated February 10, 2025, obtained pursuant to a federal search warrant, where BRIDGES was a participant utilizing the "tuff.doedoe" account. BRIDGES wrote "We putting buttons on they ass on Trey idgaf". BRIDGES then asks another member of the group chat to "see if bro want the pole" and to ". . . try to sell this." BRIDGES then sent two images of firearms to the group chat, including one depicting a Glock type pistol with a after-market slide—similar to those depicted in image 3 above—and a suspected affixed MCD. (See Image 5 below, the suspected MCD circled in red).

Image 5



15. Probable cause exists that on April 3, 2025 (when the search warrant was executed at xx5 Arcola, unit 10), BRIDGES possessed the Glock model 19, 9mm caliber pistol with the affixed MCD based on the following:

    a. Both the firearm observed on the March 27, 2025, social media

8

        post by BRIDGES and the firearm recovered outside of BRIDGES' residence by law enforcement on April 3, 2025, had Glock factory manufactured parts, serial numbers prefixed as "WCG," and after-market firearm parts.

    b.    On April 3, 2025, during a consent search of BRIDGES vehicle, officers observed a live 9mm caliber round of ammunition in the trunk of the vehicle. The firearm recovered by DPD later that day, determined to have an affixed MCD, takes 9mm caliber ammunition.

    c.    On April 3, 2025, while executing a search warrant at 125 Arcola, unit 10, officers observed the Glock model 19 pistol, with affixed MCD, thrown from a window at the rear of the location. Officers observed that unit 10 was the only unit to have an open window, and to have windows on the rear side of the structure in that area. Officers further confirmed that BRIDGES was the sole occupant of unit 10.

## III. CONCLUSION

16. Probable cause exists to believe that on April 3, 2025, Dorian BRIDGES knowingly possessed a machinegun conversion device in violation of Title 18 U.S.C. Section 922(o). Such violation occurring within the Eastern District

of Michigan.

                                                          _____
                                                          Kara Klupacs, Special Agent
                                                          Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   April 22, 2025